## WALTER L. BARKLEY, PLAINTIFF-APPELLANT, v. FOSTER ESTATES, INC., DEFENDANT-RESPONDENT, CROSS-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued November 29, 1971—Decided December 13, 1971.

Before Judges CONFORD, MATTHEWS and FRITZ.

*Mr. Peter Shebell, Jr.* argued the cause for appellant (*Mr. Thomas F. Shebell,* attorney; *Mr. Andrew P. Vecchione,* on the brief).

*Mr. Granville D. Magee* argued the cause for respondent (*Messrs. Mirne, Nowels, Tumen, Fundler & Magee,* attorneys).

PER CURIAM. The judgment of the Law Division is affirmed. Plaintiff failed to prove that defendant or a predecessor in title constructed the sidewalk on which he fell. *Orlik v. DeAlmeida,* 45 *N. J. Super.* 403 (App. Div. 1957), *Murray v. Michalak,* 58 *N. J.* 220 (1971).

Affirmed.